JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DANIEL TRACE,<br><br>      Plaintiff,<br>v.<br><br>ANAHEIM POLICE DEPARTMENT; CITY OF ANAHEIM; OFFICER EMILY HERNANDEZ; OFFICER MAX RANKIN; and DOES 1 – 100, inclusive,<br><br>      Defendants. | Case No. 8:24-cv-02487-FWS-ADS<br><br>JUDGMENT |

Plaintiff Daniel Trace ("Plaintiff") brings this case against Defendant Anaheim Police Department, Defendant City of Anaheim, Defendant Officer Emily Hernandez, and Defendant Officer Max Rankin (collectively, "Defendants"). The matter came before the court on Defendants' Motion for Summary Judgment. (Dkt. 17.) On November 6, 2025, the court granted Defendants' Motion for Summary Judgment. In accordance with the Order Granting Defendants' Motion for Summary Judgment, the

court **ENTERS JUDGMENT** in this case in favor of Defendants and against Plaintiff. Plaintiff shall take nothing on his claims against Defendants in this case.

**IT IS SO ORDERED.**

DATED:     November 6, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE